UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADELE C. SALERNO,

    Plaintiff,

vs.                                                  Case No. 3:12-cv-257-J-34MCR

MICHAEL J. ASTRUE, Commissioner of Social
Security Administration,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court on Plaintiff's pro se Complaint (Doc. 1) and Affidavits of Indigency (Docs. 2 and 8), which the Court construes as Motions to Proceed In Forma Pauperis. On March 14, 2012, the undersigned entered an Order denying without prejudice Plaintiff's request to proceed in forma pauperis and directing Plaintiff to file an amended complaint and amended affidavit of indigency no later than March 23, 2012. (Doc. 6). Plaintiff was warned that "[f]ailure to file the amended documents will result in the undersigned entering a report and recommendation to the District Judge to deny Plaintiff's request to proceed in forma pauperis." Id. Plaintiff failed to file the amended documents and therefore, on March 27, 2012, the undersigned entered an Order to Show Cause (Doc. 7) directing Plaintiff to file the amended complaint and affidavit on or before April 11, 2012 and to show cause why her

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Rule 72(b), Fed.R.Civ.P.; and Local Rule 6.02(a), United States District Court for the Middle District of Florida.

case should not be dismissed for failing to comply with the Court's Order and failure to prosecute. In response, Plaintiff simply filed another Affidavit of Indigency identical to the original Affidavit found insufficient by the Court. (Doc. 8). Because Plaintiff has not provided any information from which the Court can discern whether she is truly indigent,[2] it is respectfully

**RECOMMENDED**:

that Plaintiff's request to proceed in forma pauperis be denied without prejudice to Plaintiff filing a paid complaint or providing further information regarding her financial status so that the Court can determine whether she is truly indigent.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this __17th__ day of April, 2012.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Marcia M. Howard,
  United States District Judge

Pro Se Plaintiff

---

[2] Plaintiff's Affidavit indicates she has an address, does not receive welfare, and has no income, no assets, and no obligations. Clearly, this begs the question as to how Plaintiff supports herself. The Court asked her to provide further information clarifying her financial status, however, Plaintiff failed to do so. (Doc. 6).