**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ADELE C. SALERNO,

             Plaintiff,

vs.                                              Case No.  3:12-cv-257-J-34MCR

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

                        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 9;

Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge,

on April 17, 2012.  In the Report, the Magistrate Judge recommends that Plaintiff's Affidavits

of Indigency (Dkt. Nos. 2, 8), which this Court construes as Motions to Proceed In Forma

Pauperis, be denied without prejudice to Plaintiff filing a paid complaint or providing further

information regarding her financial status so that the Court can determine whether Plaintiff

is truly indigent.  See Report at 2.  No objections to the Report have been filed, and the time

for doing so has now passed.

     The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions

de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate

Judge's Report, the Court will accept and adopt the legal and factual conclusions

recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.     The Report and Recommendation (Dkt. No. 9) is **ADOPTED** as the opinion of

the Court.

2.     Plaintiff shall have up to and including **June 25, 2012**, to pay the filing fee or

to provide additional information regarding her financial status as requested by the

Magistrate Judge.

3.     Plaintiff is cautioned that failure to comply with this Order may result in

dismissal of this action without further notice for failure to prosecute.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of May, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record
Pro Se Party